**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CHERYL WILLIAMS, TRACY JACKSON, EDDIE MAE COOPER, TIFFANY AKINS, and MELVIN CALDWELL, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.   No. 5:10CV00032 JLH | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | DEFENDANT |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the complaint of the plaintiffs is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE